UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LARRY EDWARDS,  Plaintiff, | ) ) ) |
| v. | ) **JUDGMENT** ) ) No. 5:20-CV-30-FL |
| ANDREW SAUL, Commissioner of Social Security,  Defendant. | ) ) ) ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 29, 2021, it is ordered that defendant pay to plaintiff $4,700.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on January 29, 2021, and Copies To:**
Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Amanda B. Gilman  (via CM/ECF Notice of Electronic Filing)

January 29, 2021              PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk